**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TERRA CARROLL,

     Plaintiff,

v.                                                                  Case No.  3:18-cv-2382-RV/MJF

SANTA ROSA COUNTY, *et al.*,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 27, 2021. (ECF No. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Counts Two, Three, Four, Five, Six, Eight, Ten, and Eleven of Plaintiff's sixth amended complaint are **DISMISSED** pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii) because Plaintiff has failed to state a claim upon which relief can be granted.

3.      The Court declines to exercise supplemental jurisdiction, and Plaintiff's state-law claims alleged in Counts One, Seven, Nine, and Twelve are **DISMISSED without prejudice**.

4.      The clerk of the court shall close the case file.

**DONE AND ORDERED** this 4th day of October 2021.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**